**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

APR 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LACEY SIVAK,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>Honorable ARACELI MARTINEZ-OLGUIN, District Judge,<br><br>    Defendant - Appellee. | Nos.<br>25-1202 (D.C. No. 3:25-cv-00739-AMO)<br>25-1204 (D.C. No. 3:25-cv-00729-AMO)<br>25-1205 (D.C. No. 3:25-cv-00735-AMO)<br>25-1207 (D.C. No. 3:25-cv-00728-AMO)<br>25-1209 (D.C. No. 3:25-cv-00727-AMO)<br>25-1359 (D.C. No. 3:25-cv-00743-AMO)<br>25-1362 (D.C. No. 3:25-cv-00742-AMO)<br>25-1485 (D.C. No. 3:25-cv-00964-AMO)<br>25-1488 (D.C. No. 3:25-cv-00751-AMO)<br>25-1490 (D.C. No. 3:25-cv-00749-AMO)<br>25-1492 (D.C. No. 3:25-cv-00959-AMO)<br>25-1501 (D.C. No. 3:25-cv-00968-AMO)<br>25-1502 (D.C. No. 3:25-cv-00736-AMO)<br>25-1503 (D.C. No. 3:25-cv-00744-AMO)<br>25-1504 (D.C. No. 3:25-cv-00754-AMO)<br>25-1505 (D.C. No. 3:25-cv-00967-AMO)<br>25-1506 (D.C. No. 3:25-cv-00967-AMO)<br>25-1507 (D.C. No. 3:25-cv-00750-AMO)<br>25-1508 (D.C. No. 3:25-cv-00748-AMO)<br>25-1509 (D.C. No. 3:25-cv-00958-AMO)<br>25-1510 (D.C. No. 3:25-cv-00960-AMO)<br>25-1737 (D.C. No. 3:25-cv-00730-AMO)<br>25-1832 (D.C. No. 3:25-cv-00965-AMO)<br>25-1833 (D.C. No. 3:25-cv-00752-AMO)<br>25-1834 (D.C. No. 3:25-cv-00962-AMO)<br>25-2309 (D.C. No. 3:25-cv-00956-AMO)<br>25-2310 (D.C. No. 3:25-cv-00961-AMO)<br>---<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

This court has reviewed the notices of appeal and the district court records pursuant to the pre-filing review order entered in appeal No. 23-80069. The appeals lack sufficient merit to proceed. *See In re Thomas*, 508 F.3d 1225, 1227 (9th Cir. 2007). The appeals are therefore dismissed.

This order, served on the district court for the Northern District of California, constitutes the mandate of this court.

All pending motions are denied as moot.

No further filings will be entertained.

**DISMISSED.**